**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL BROWN, | ) | 3:14-CV-0454-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 6, 2015 |
| HODGE, et al., | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to reconsider order denying appointment of counsel (#16).  Defendants opposed the motion (#19), and no reply was filed.

Plaintiff's motion to reconsider (#16) is **DENIED** for the same reasons set forth in the court's order #9.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
   Deputy Clerk